| | |
|---|---|
| 1 | Edward P. Sangster, No. 121041 |
|   | J. Matthew Mangan, No. 161204 |
| 2 | **KIRKPATRICK & LOCKHART LLP** |
|   | Four Embarcadero Center, 10th Floor |
| 3 | San Francisco, CA 94111 |
|   | Telephone: 415-249-1000 |
| 4 | Facsimile: 415-249-1001 |
| 5 | Thomas A. Donovan, *Pro Hac Vice* |
|   | Walter A. Bunt, Jr., *Pro Hac Vice* |
| 6 | Joseph C. Safar, *Pro Hac Vice* |
|   | Jennifer F. Shugars, *Pro Hac Vice* |
| 7 | **KIRKPATRICK & LOCKHART LLP** |
|   | Henry W. Oliver Building |
| 8 | 535 Smithfield Street |
|   | Pittsburgh, PA 15222-2312 |
| 9 | Telephone: 412-355-6500 |
|   | Facsimile:  412-355-6501 |
| 10 | Attorneys for Defendant and Counterclaimant |
|   | WESCO DISTRIBUTION, INC., a Delaware Corporation, and |
| 11 | Defendant HERNING ENTERPRISES, INC., a California corporation |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GIACALONE ELECTRICAL SERVICES, INC., a California corporation | Case No. C03 04100 JW |
| *Plaintiff*, | **[PROPOSED] ORDER REGARDING STIPULATION TO POSTPONE HEARING REGARDING REVISED RENEWED MOTION TO COMPEL SUNSET ELECTRICAL SUPPLY AND ASCENT ELECTRICAL SUPPLY** |
| v. | |
| WESCO DISTRIBUTION, INC., a Delaware Corporation, and HERNING ENTERPRISES, INC., a California corporation, | |
| *Defendants*. | New Hearing Information:<br>Date:   August 16, 2005<br>Time:   10:00 a.m.<br>Dept:   Courtroom 5, 4th Floor<br>            280 South First Street<br>            San Jose, California |
| | Honorable James Ware |
| And Related Counterclaims | Assigned to Chief Magistrate Judge Trumbull for Discovery |

**[PROPOSED] ORDER REGARDING STIPULATION,** No. C03 04100 JW

PI-1220792 v1

In light of the upcoming mediation in this action scheduled for Tuesday, August 9, 2005, WESCO Distribution, Inc. ("WESCO") and Herning Enterprises, Inc. ("Herning") (collectively, "Defendants") and non-parties Sunset Electrical Supply, Inc. ("Sunset") and Ascent Electrical Supply, LLC ("Ascent") have stipulated and agreed to postpone the hearing on Defendants' Revised Renewed Motion to Compel Sunset and Ascent currently scheduled for Tuesday, July 26, 2005 until Tuesday, August 16, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/22/05              /s/ Patricia V. Trumbull
                            Honorable Patricia V. Trumbull
                            Chief United States Magistrate Judge
                            Northern District of California

**[PROPOSED] ORDER REGARDING STIPULATION,** No. C03 04100 JW