1   Edward P. Sangster, No. 121041
    **KIRKPATRICK & LOCKHART**
2   **NICHOLSON GRAHAM** LLP
    Four Embarcadero Center, 10th Floor
3   San Francisco, CA 94111
    Telephone: 415-249-1000
4   Facsimile: 415-249-1001

5   Thomas A. Donovan, *Pro Hac Vice*
    Walter A. Bunt, Jr., *Pro Hac Vice*
6   Joseph C. Safar, *Pro Hac Vice*
    **KIRKPATRICK & LOCKHART**
7   **NICHOLSON GRAHAM** LLP
    535 Smithfield Street
8   Pittsburgh, PA 15222-2312
    Telephone: 412-355-6500
9   Facsimile:  412-355-6501

10  Attorneys for Defendant and Counterclaimant
    WESCO DISTRIBUTION, INC., a Delaware Corporation, and
11  Defendant HERNING ENTERPRISES, INC., a California
    corporation

12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN JOSE DIVISION
15

16  GIACALONE ELECTRICAL SERVICES,        Case No. C03 04100 JW
    INC., a California corporation

17          *Plaintiff*,                  **STIPULATION TO CONTINUE
                                          HEARING ON DEFENDANTS'
18      v.                                MOTIONS TO COMPEL DISCOVERY**
                                          *AND ORDER THEREON*
19  WESCO DISTRIBUTION, INC., a
    Delaware Corporation, and HERNING     Hearing Information:
20  ENTERPRISES, INC., a California       Date:   August 23, 2005
    corporation,                          Time:   10:00 a.m.
21                                        Dept.:  Courtroom 5, 4th Floor
            *Defendants*.                         280 South First Street
22                                                San Jose, CA

23

24                                        Honorable James Ware

25

26  And Related Counterclaims             Assigned to Chief Magistrate Judge Trumbull
                                          for Discovery
27

28
    **STIPULATION TO CONTINUE HEARING,** No. C03 04100 JW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rules 6-1(a) and 7-7(a), Defendants, WESCO Distribution, Inc. ("WESCO") and Herning Enterprises, Inc. ("Herning"), and Plaintiff, Giacalone Electrical Services, Inc. ("Giacalone"), hereby stipulate and agree to continue the hearings on Defendants' Motion to Compel Discovery [Doc. No. 131] and Defendants' Motion to Compel Preservation, Restoration, and Production of Electronic Documents [Doc. No. 126], which are currently scheduled for Tuesday, August 9, 2005, to Tuesday, August 23, 2005, 10:00 a.m.  Further, Defendants' replies shall be due on Tuesday, August 9, 2005.  Neither Party has made a previous request to enlarge the time for the hearing on this motion.

IT IS SO STIPULATED

Dated:  July 26, 2005

MORRISON & FOERSTER LLP

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP

By:      /s/ Brian J. Martinez
    Jesse W. Markham
    Todd L. Burlingame
    Brian J. Martinez

    Attorneys for Plaintiff Giacalone
    Electrical Services, Inc.

By:      /s/ Walter A. Bunt, Jr.
    Edward P. Sangster
    Thomas A. Donovan
    Walter A. Bunt, Jr.
    Joseph C. Safar
    Attorneys for Defendants WESCO
    Distribution, Inc. and Herning
    Enterprises, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/27/05                          /s/  Patricia V. Trumbull
                          Honorable Patricia V. Trumbull
                          XXXX United States Magistrate Judge
                          Northern District of California

STIPULATION TO CONTINUE HEARING, No. C03 04100 JW