|    | |    |
|----|--|----|
| 1  | Edward P. Sangster, No. 121041<br>**KIRKPATRICK & LOCKHART** | |
| 2  | **NICHOLSON GRAHAM LLP**<br>Four Embarcadero Center, 10th Floor | |
| 3  | San Francisco, CA 94111<br>Telephone: 415-249-1000 | |
| 4  | Facsimile: 415-249-1001 | |
| 5  | Thomas A. Donovan, *Pro Hac Vice*<br>Walter A. Bunt, Jr., *Pro Hac Vice* | IT IS SO ORDERED<br>/s/ James Ware<br>Judge James Ware |
| 6  | Joseph C. Safar, *Pro Hac Vice*<br>Jennifer F. Shugars, *Pro Hac Vice* | |
| 7  | **KIRKPATRICK & LOCKHART**<br>**NICHOLSON GRAHAM LLP** | |
| 8  | Henry W. Oliver Building<br>535 Smithfield Street | |
| 9  | Pittsburgh, PA 15222-2312<br>Telephone: 412-355-6500 | |
| 10 | Facsimile: 412-355-6501 | |
| 11 | Attorneys for Defendant and Counterclaimant | |
| 12 | WESCO DISTRIBUTION, INC., a Delaware Corporation, and<br>Defendant HERNING ENTERPRISES, INC., a California<br>corporation | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIACALONE ELECTRICAL SERVICES, INC., a California corporation,<br><br>      *Plaintiff*,<br><br>      v.<br><br>WESCO DISTRIBUTION, INC., a Delaware Corporation, and HERNING ENTERPRISES, INC., a California corporation,<br><br>      *Defendants*.<br><br>And Related Counterclaims | Case No. C03 04100 JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br><br>Honorable James Ware<br><br>Assigned to Chief Magistrate Judge Trumbull for Discovery |

**STIPULATION FOR DISMISSAL WITH PREJUDICE,** No. C03 04100 JW

PI-1414256.V2 - 0213460-0937

# STIPULATION FOR DISMISSAL WITH PREJUDICE

The undersigned parties by and through their counsel of record stipulate to the following:

Any and all claims which were or could have been asserted by Giacalone Electrical Services, Inc. in this action against WESCO Distribution, Inc. or Herning Enterprises, Inc. are hereby dismissed with prejudice pursuant to FRCP 41(a)(1); and

Any and all counterclaims which were or could have been asserted by WESCO Distribution, Inc. or Herning Enterprises, Inc. in this action against Giacalone Electrical Services, Inc. are hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

Each party to this action will bear its own costs, attorney and other fees, and expenses.

IT IS STIPULATED BY COUNSEL OF RECORD:

Dated: October 13, 2005    By: _____
                                Ralph Guenther
                                Thomas R. Duffy
                                DUFFY & GUENTHER, LLP
                                Jesse W. Markham
                                Todd Burlingame
                                MORRISON & FOERSTER, LLP
                                Attorneys for Plaintiff Giacalone Electrical Services, Inc.

Dated: October 13, 2005    By: __/s/ Walter A. Bunt, Jr._____
                                Edward P. Sangster
                                Thomas A. Donovan
                                Walter A. Bunt, Jr.
                                Jennifer F. Shugars
                                KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP
                                Attorneys for Defendant and Counterclaimant WESCO Distribution, Inc. and Defendant and Herning Enterprises, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 10/14/05            _____
                                Honorable James Ware
                                United States District Judge
                                Northern District of California

**STIPULATION FOR DISMISSAL WITH PREJUDICE,** No. C03 04100 JW